# Court of Appeals
# of the State of Georgia

ATLANTA, February 13, 2025

*The Court of Appeals hereby passes the following order:*

## A25I0133. PARIATE ELIJAH MOORE v. THE STATE.

Pariate Elijah Moore is charged with aggravated assault, obstruction of an officer, and loitering or prowling. Moore, while represented by an attorney, filed a pro se motion to dismiss the indictment. The trial court denied the motion on September 10, 2024, finding that he did not have the right to both represent himself and be represented by an attorney. On November 15, 2024, Moore filed a pro se application to the Supreme Court, which transferred the application here. We lack jurisdiction.

First, because the September 10 order was not a final judgment that disposed of all issues in this case, Moore was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal the September 10 order. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Moore's failure to comply with the interlocutory appeal requirements deprives us of jurisdiction over this application. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

Second, even if this application were not subject to the interlocutory appeal requirements and we construed this application as an application for discretionary appeal, it is untimely. An application for discretionary review must be filed within 30 days of entry of the order or judgment sought to be appealed. OCGA § 5-6- 35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Moore's application is untimely, as he filed it 35 days after entry of the order he seeks to appeal.

For these reasons, this application is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/13/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*